## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**N.F.,**

    **Plaintiff,**

**v.**                                                                                 **No. 14-cv-0699 SCY/SMV**

**ALBUQUERQUE PUBLIC SCHOOLS,**
**KENNETH JEHLE, STEVE SCULLY,**
**and SAM OBENSHAIN,**

    **Defendants.**

### ORDER GRANTING MOTIONS TO STAY DISCOVERY

       THIS MATTER is before the Court on Defendant Scully's Motion to Stay Discovery [Doc. 71] and on Defendant Samuel Obenshain's Motion for Stay of Discovery [Doc. 77], filed on February 23, 2015, and March 6, 2015, respectively.  Both movants request that discovery be stayed pending rulings on their respective qualified immunity motions.  Plaintiff has responded in opposition.  [Docs. 79, 87].  Defendant Scully replied on March 25, 2015.  [Doc. 84].  Defendant Obenshain has not replied, but no reply is needed.  Having reviewed the briefing and the relevant law and being otherwise fully advised in the premises, the Court finds that the motions are well-taken and should be granted.

       Defendants are entitled to a stay of discovery pending ruling on their qualified immunity motions.  *See, e.g., Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982).

       **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Scully's Motion to Stay Discovery [Doc. 71] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Samuel Obenshain's Motion for Stay of Discovery [Doc. 77] is **GRANTED**.

**IT IS FURTHER ORDERED** that discovery is **STAYED** pending ruling on all motions raising the defense of qualified immunity, including but not limited to Defendant Scully's Motion to Dismiss [Doc. 67] and Defendant Obenshain's Motion to Dismiss [Doc. 76].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**