# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**N.F.,**

    **Plaintiff,**

**v.**                                      **No. 14-cv-0699 SCY/SMV**

**ALBUQUERQUE PUBLIC SCHOOLS,**
**KENNETH JEHLE, STEVE SCULLY,**
**and SAM OBENSHAIN,**

    **Defendants.**

## ORDER LIFTING STAY OF DISCOVERY

THIS MATTER is before the Court on the Stipulations of Dismissal with Prejudice of all Claims against Defendants Steve Scully and Samuel Obenshain [Docs. 104, 105], filed on May 19, 2015. The Court had stayed discovery on April 8, 2015, pending rulings on these Defendants' qualified immunity motions. [Doc. 89]. On April 22, 2015, Plaintiff objected to the stay. [Doc. 94]. Because Defendants Scully and Obenshain are dismissed from this action, their qualified immunity motions [Docs. 67, 76] and, consequently, Plaintiff's Objections [Doc. 94] are moot. The stay should be lifted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the stay of Discovery [Doc. 89] is **LIFTED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**